UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANIEL A CAMPOS,

    Plaintiff,

v.

JANE DOE, SHERIFF BURNS, C/O JESSICA and C/O STRATTON,

    Defendants.

Case No. 17-cv-670-JPG-DGW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:** August 15, 2018    JUSTINE FLANAGAN, Acting Clerk of Court

    **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**